E-FILED
Wednesday, 04 May, 2022  05:22:08 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

BRANDI CAMPBELL, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.

KEAGLE INC. d/b/a THE SILVER BULLET
and EDWARD SALFELDER JR.,

        Defendants.

CIV. A. NO. 2:20-CV-02271-CSB-EIL

**DECLARATION OF BRANDI CAMPBELL IN SUPPORT OF**
**OPPOSITION TO MOTION FOR COSTS**

1. My name is Brandi Campbell. I am currently an adult resident of Champaign, IL. I am a named plaintiff in the above-referenced case.

2. My statements in this Declaration are based on my own personal knowledge.

3. From January 2020 until March 2020, I worked as an exotic dancer for The Silver Bullet Bar, located at 1401 East Washington Street, Urbana, Illinois.

4. Since that time, I have worked as a dancer at a few different clubs in the area.  I also collected unemployment benefits during the pandemic.  Dancing and unemployment benefits have been my sole sources of income since leaving the Silver Bullet in March 2020.

5. I am currently unemployed.  The last club I worked for was the Dixie Rose in Peoria, Illinois.  My income while dancing there has varied, but it was generally

less than $100 per day after accounting for my expenses.  I incurred considerable expenses driving to and from the club, which is 90 minutes away.

6. My monthly rent payment is $500 per month plus utilities.  I pay approximately $80 per month for internet, $50 per month for electricity, and $70 per month for my phone. My car insurance payment is roughly $90 per month.  I do not have any assets except for my car, which is a 2006 Toyota Camry with over 300,000 miles on it.

7. I currently have medical debt. I went to the emergency room when I had Covid in 2020, and I have outstanding bills for that ER visit as well as other medical bills I haven't paid because I do not have the money.  The state of Illinois is also trying to recoup some of the money I was paid in unemployment benefits. I am currently pursuing the process to receive a waiver of that repayment, but at present, I owe $15,000 dollars to the state.

8. I currently have approximately $6,500 in a Roth IRA, which represents my only savings. I had intended for this money to serve as my retirement savings, but I am currently trying to determine whether I can make a withdrawal because I have no income, and I cannot pay my bills.

9. I do not have the ability to save any money after paying my expenses because I have no income. Right now, I have $21.36 in my bank account with Chase bank. A screenshot of my bank balance is attached here as Exhibit A.

10. I do not currently have any employment prospects. I have worked exclusively as an exotic dancer for a number of years now. This work is often precarious, and the pay is highly variable. I am concerned about how I will pay my bills.

11. As described above, my debts and expenses far exceed my combined savings and assets. I do not have enough money to pay the defendants' litigation costs in this case. If I had to pay five hundred dollars, it would be a tremendous hardship for me.

I swear that the foregoing is true and accurate under the pains and penalties of perjury.

This 4th___ day of May, 2022

_____
Brandi Campbell

# EXHIBIT A

Accounts | Pay & transfer | Investments | Security & privacy

**Sign out**

---

## ▼ Accounts ℹ

**TOTAL CHECKING (... ▉) ›**

**Transfer money**  **More ⌄**

# $21.31
Available balance

+$0.00
Deposits this month

-$100.23
Withdrawals this month

**CHASE SAVINGS (.. ▉) ›**

**Transfer money**  **More ⌄**

# $0.00
Available balance

---



**Here's how to help avoid overdraft fees**

Link your savings account as a backup to your checking account with Overdraft Protection so you can focus on what matters.

**Update protection ›**

---

### Plan, track & manage

**Autosave** ›
Set a goal, save automatically and track your progress

**Spending summary** ›
See your spending over time

**Credit Journey** ›
Your credit score, alerts & identity restoration services

**Chase MyHome** ›
See rates, properties and insights, and manage your mortgage

**Auto options** ›
Finance, shop for and manage your car - all in one place.

**Chase Challenge** ›

---

